HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Samuel Zaragoza-Villanueva

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00064-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING |
| vs. | DATE: September 21, 2015 |
| SAMUEL ZARAGOZA-VILLANUEVA, | TIME: 8:24 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for October 19, 2015 before the Honorable Anthony W. Ishii may be advanced to September 21, 2015 at 10:00 a.m.

This advancement of the court date is at the request of the defense as neither party has any objection to the presentence report and Mr. Zaragoza-Villanueva wishes to be sentenced as soon as possible and defense is prepared to submit on the presentence report. The Government is in agreement with the advancement.

//

//

//

//

|                              |     | Respectfully submitted,                                                                                   |
|------------------------------|-----|-----------------------------------------------------------------------------------------------------------|
|                              |     | BENJAMIN B. WAGNER<br>United States Attorney                                                              |
| DATED: September 17, 2015    | By: | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|                              |     | HEATHER E. WILLIAMS<br>Federal Defender                                                                   |
| DATED: September 17, 2015    | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>SAMUEL ZARAGOZA-VALLNUEVA |

# **O R D E R**

The sentencing hearing in the above-captioned matter now set for October 19, 2015, is advanced to **September 21, 2015, at 8:24 a.m. in Courtroom 4 on the 7th floor before District Judge Lawrence J. O'Neill.**

IT IS SO ORDERED.

Dated:   **September 17, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE


      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 17, 2015        By:    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 17, 2015        By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
SAMUEL ZARAGOZA-VALLNUEVA

# **O R D E R**

The sentencing hearing in the above-captioned matter now set for October 19, 2015, is advanced to **September 21, 2015, at 8:24 a.m. in Courtroom 4 on the 7th floor before District Judge Lawrence J. O'Neill.**

IT IS SO ORDERED.

Dated:   **September 17, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE